IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACOB R. PRATT,

    Plaintiff,

vs.                                                     No. 18-cv-1091 WJ/SMV

DIRECTOR OF PRISONS, SECRETARY
OF CORRECTIONS, WARDEN OF P.N.M.,
CHAPLAIN ORTIZ AT P.N.M.,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b)

THIS MATTER is before the Court on Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2]. Because the Court grants the Motion, the filing fee for this civil rights complaint is $350.00. Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to § 1915(b)(1). Plaintiff is still required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this Order may result in dismissal of the Complaint without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] is **GRANTED**, and the initial payment is **WAIVED**. **IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of 20% of the preceding month's income credited to his account until the fee is paid or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

                                                              _____
                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**